IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'23 MAY 25 AM 9:17

Kristine M. Love

_____

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Navy Federal Credit Union

_____

_____

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 23-CV- 1398-SAG

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Kristine M. Love |
| Street Address | 2830 Southaven dr. |
| City and County | Annapolis, Anne Arundel |
| State and Zip Code | Maryland, 21401 |
| Telephone Number | 240-726-5264 |
| E-mail Address | kristinelove0703@gmail.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Navy Federal credit Union |
| Job or Title (if known) | |
| Street Address | 820 Follin LN. SE. |
| City and County | Vienna, Fairfax |
| State and Zip Code | VA, 22180 |
| Telephone Number | 888-842-6328 |
| E-mail Address (if known) | |

Defendant No. 2

    Name                  _____

    Job or Title          _____
    (if known)

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)

Defendant No. 3

    Name                  _____

    Job or Title          _____
    (if known)

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)

Defendant No. 4

    Name                  _____

    Job or Title          _____
    (if known)

    Street Address       _____

    City and County     _____

    State and Zip Code   _____

    Telephone Number   _____

    E-mail Address       _____
    (if known)

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question             ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Navy Federal Credit union is stating that their company does not

accept Billing/coupons as form of payment.

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Kristine Love               , is a citizen of the State of *(name)* Maryland               .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
the State of *(name)* _____. *Or* is a citizen of
*(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* Navy Federal Credit Union _____, is
incorporated under the laws of the State of *(name)*
Virginia _____, and has its principal place of
business in the State of *(name)* Virgina _____. *Or* is
incorporated under the laws of *(foreign nation)*
_____, and has its principal place of
business in *(name)* _____.

      *(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain)*:

    Stress and deformation of character that
    Navy Federal Credit Union has caused me. I have tried multiple times
    to resolve this issue.

**III.    Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

I am entitled to these damages because my social security number was used in this
issue. I have tried to resolve this issue with Navy Federal multiple times with my
billing/ coupon letter. Navy Federal stated they do not accept these as form of payment
which is defamation of character. On February 28, 2023 I sent Navy Federal my
billing/coupon. On April 6, 8, and 10 I sent Navy Federal a hand written notice to try and
correct the fraudulent contract with their company. On May 2, 2023 I sent Navy Federal
a notice of acknowledgement settlement offer. On May 2, 2023 I received a letter in
the mail stating that Navy Federal doesn't accept billing/ coupon as form of payment
and that this was an attempt to collect debt.

IV.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.  For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

The damages that Navy Federal has caused me is stress and defamation of character.

Navy Federal is making it seem like I am not a human being with rights.

I am demanding Navy Federal use my billing/ coupon for all forms of payment,

keep all accounts open, all accounts at a zero balance with all credit limits available, for all the

damages and stress this has caused me, I want Navy Federal to pay me $100,000 because of all of this.

**V.**      **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**      **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5|24 , 20 23

Signature of Plaintiff

Printed Name of Plaintiff     Kristine Love

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**      **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney          _____

Printed Name of Attorney     _____

Bar Number                           _____

Name of Law Firm               _____

Address                                  _____

Telephone Number               _____

Email Address                       _____