

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C/O MARY McDuffie
820 Follin LN. SE.
Vienna, VA  22180

9590 9402 4335 8190 1579 61

2. Article Number (Transfer from service label)

9 0710 5270 0119 7056 33

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navy Federal Credit Union
820 Follin LN. SE
Vienna, VA 22180

9590 9402 7357 2028 4879 95

2. Article Number (Transfer from service label)

7022 1670 0002 0744 4080

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navy Federal Credit
820 Follin Lane SE
Vienna, VA 22180

9590 9402 7494 2055 1419 21

2. Article Number (Transfer from service label)

7020 3160 0001 5461 3250

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                  ☐ Agent
                                   ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

820 Follin LN SE.
Vienna, VA 22180

9590 9402 5293 9154 6684 95

2. Article Number *(Transfer from service label)*
7022 0410 0000 5495 4537

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Navy Federal Credit
820 Follin LN. SE
Vienna, VA 22180

9590 9402 7357 2028 4880 08

2. Article Number *(Transfer from service label)*
7022 1670 0002 0744 4066

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

In The District Court of Maryland

County Name: Anne Arundel
Authored by: Kristine _____ Name.
Mailing address: 2833 Southhaven dr.
Annapolis, MD 2791
Phone Number: 240 724 5204
Email address: Kristinelove0103@gmail.com

Recipient: Navy Federal Credit Union
Mailing address: 820 Follin LN. SE.
Vienna, VA 22180
Phone Number: 888-842-0328
Email address: N/A

Kristine M. Love
Plaintiff,
v. Navy Federal Credit Union
Defendant.

CASE NO:
Re: Motion to Quash, Dismiss, and Restrain Parties from Suppressing My Rights

Dear Recipients, Navy Federal Credit Union

I am writing to bring to your attention my motion to quash, dismiss, and restrain parties from suppressing my rights in the matter at hand. I assert my rights under the Maryland Constitution and relevant case law, specifically with regard to due process, fair and impartial justice, and the preservation of fundamental rights.

1. Motion to Quash: I hereby request the court to quash any actions or proceedings that seek to impede or obstruct my rights. This includes any attempts to suppress or undermine my legal position, disrupt my ability to present evidence, or infringe upon my due process rights.

2. Motion to Dismiss: I respectfully request the court to dismiss any motions or claims brought against me by the defendant, as their motion to dismiss lacks sufficient merit and fails to address the substantive issues at hand. I assert my right to a fair and impartial hearing and insist on a thorough examination of the evidence.

3. Order to Show Cause: I further request an order to show cause, compelling the defendant to provide clear and substantiated evidence for any actual negative averment made against me. This evidence should be presented in accordance with the principles of due process, fairness, and impartiality.

4. Case Citations: To support my motion and establish the legal basis for my claims, I cite the following relevant case law from Maryland:

a) Taha v. Taha, 958 A.2d 1161 (Md. Ct. Spec. App. 2008): This case involved the enforcement of a restrictive covenant in the context of real property. The court applied equitable principles to balance the interests of the parties and determine the appropriate relief: This case upholds the fundamental rights of individuals to due process and fair treatment under the law.

b)Safeco Insurance Co. of America v. Burr (2007): In this case, the Supreme Court of the United States clarified certain provisions of the FCRA. The Court held that for a willful violation of the FCRA, the plaintiff must show that the defendant knowingly or recklessly violated the law. The decision clarified the standard for proving a willful violation of the FCRA and provided guidance on the interpretation of the statute.: In this case, the court emphasizes the importance of providing a fair and impartial hearing, ensuring justice is served.

c) Chambers v. NASCO, Inc. (1991): In this case, the United States Supreme Court emphasized the importance of allowing parties in legal proceedings to exercise their rights without obstruction or suppression. The Court held that parties should not engage in abusive litigation tactics or obstruct the judicial process to hinder the opposing party's access to justice or their ability to present their case effectively. The decision highlighted the duty of parties and their counsel to maintain the integrity of the legal system and respect the rights of all individuals involved in the proceedings.The cited case reinforces the principle that parties should not suppress or obstruct the rights of individuals involved in legal proceedings.

5. Relief and Prayer: In light of the defendant's motion to dismiss, I seek appropriate relief and pray that the court orders the following:

a) All proceeds on all accounting exceeding $1USD to be credited to my account and discharged any debt liability at no cost to me.

b) The defendant and all involved parties are restrained from taking any action that suppresses, obstructs, or infringes upon my rights as established under the law.

I respectfully request that the court gives due consideration to my motion and grants the relief sought herein.

Please acknowledge receipt of this motion and provide notice of any scheduled hearings or necessary actions related to this matter.

Thank you for your attention to this important issue. I trust in the fair and impartial administration of justice.

Sincerely,
By my name: _Kristine_____ without recourse.

Note: This motion is a direct exhibit for evidence in support of my relief requested and should not be considered as legal advice. It is recommended to consult with a qualified legal professional regarding your specific situation and any legal documents you may need to draft against my own responsive pleadings.

4/10/23

Navy Federal Credit Union

Event One right to cure and correct accounting make. Claims I never recieved negative accounting nor bills of particulars with deficit so i accept the positive accounting pay to the order NAVY FEDERAL CREDIT UNION without recourse. Special particulars revocation of implied trustee, claiming beneficiary attach proof of mailing.

Lets correct the errors. Failure to state a claim, claim upon which relief can be granted and claim failing to provide evidence that exhibits due process, fair hearing and failure to provide evidence for duciary duty most likely causes negligence wrongful actions omissions and errors lets correct the errors.

I am the authorized beneficiary living breathing soul over my centi due vie trust and if you deny me my right that is defamation of character and I will take the necessary action to get remedy and be compensated for me suffering in the matter. I AM PREFORMING PAYMENT THE FORM THE PRINCIPLES OF BALANCE OF MY TRUST.

By. Love, Kristine-michae
AUTHORIZED REPRESENTATIVE

4|8|23

Navy Federal Credit Union
820 Follin LN. SE Vienna, VA 22180

On February 28, 2023 i KRISTINE MICHELE LOVE sent Navy Federal credit union my billing/coupon for all bill payments moving forward. I haven't heard a response to any of the documents I have sent you. April 3, 4, and 8, 2023 I have sent you 3 hand written notices and 3 typed notices. I have attached all tracking numbers.

Failure to state a claim upon relief can be granted and claim failing to provide evidence that exhibits causes negligence wrongful actions omissions and errors let's correct the record.

I am the authorized beneficiary living breathing soul over my cesti que vie trust and if you deny me my right that is defamation of character and I will take the necessary action to get remedy and be compensated for me suffering in the matter. I AM PREFORMING PAYMENT THE FORM THE PRINCIPLES OF BALANCE OF MY TRUST.

By: LOVE, Kristine-Michele
AUTHORIZED REPRESENTATIVE

Navy Federal Credit union
820 Follin LN. SE Vienna, VA 22180

On February 28, 2023; KRISTINE MICHELE LOVE sent Navy Federal Credit union my billing coupon for all bill payments moving forward. On March 2, 2023 USPS notified me that the certified mail I sent was delivered April 4, 2023 I sent more certified mail, this hand written notice that was delivered.

Failure to state a claim upon relief can be granted and claim failing to provide evidence that exhibits causes negligence wrongful actions omissions and errors lets correct the record.

I am the authorized beneficiary living breathing soul, over my cesti due vie trust and if you deny me my right that is defamation of character and I will take the necessary action to get remedy and be compensated for me suffering in the matter I AM PREFORMING PAYMENT THE FORM THE PRINCIPLES OF BALANCE OF MY TRUST.

By: Love; Kristine-Michele
AUTHORIZED REPRESENTATIVE



In reply refer to:

11046926

2 May 2023

Mrs. Kristine Love
2830 Southaven Rd
Annapolis, MD 21401-7124

Dear Mrs. Love:

We are in receipt of the documentation you forwarded regarding your Navy Federal account(s) ending in 7535 and 1492.

The documents you provided do not release you from your obligation to Navy Federal, and you remain responsible for the repayment of your debt(s).

Should you have any additional questions or require further assistance, please do not hesitate to contact us toll free at 1-800-336-3767. Our hours of operation are Monday through Friday from 8:00 a.m. to 9:00 p.m. and Saturdays from 9:00 a.m. to 5:30 p.m., Eastern time.

Sincerely,

Collections Department
Navy Federal Credit Union

MG:gm
Enclosure:
Copy/Document

This is an attempt to collect a debt, and any information obtained will be used for that purpose. If you have filed for bankruptcy, you may no longer be personally liable for this debt. In that case, this notice is purely informational, based on your contact with us, and not an attempt to collect a debt. Please contact your bankruptcy attorney with any questions.

PO Box 3000 Merrifield VA 22119-3000

Dear Credit Reporting Agencies and Bureaus,

I am writing to notify you of a dispute regarding an account that has been reported on my credit history. I have made attempts to settle this account and have received no response from the organization. I am now requesting that you update my credit history to reflect that the account is paid in full and that there were never any late payments or delinquencies associated with this account.

Enclosed are exhibits that provide evidence of my attempts to settle the account and the lack of response from the organization. I am requesting that you update my credit history accordingly and place me on the & quot; do not collect, do not call & quot; status.

Furthermore, I would like to inform the organization that if they cannot produce fiscal evidence of any debt or deficit, then none exists. I am requesting that they provide me with any affidavit for any fiscal year-end debt by day, week, month, or year notice of deficit, and if they cannot do so, then all my account information should be reported as never late, never delinquent.

Attenuative Party: Navy Federal Credit Union

Involved with account: 4060095018813535

Involved with account: 4300157128492

Thank you for your attention to this matter.

Sincerely,

Kristine Love

Dear Credit Reporting Agencies and Bureaus,

I am writing to notify you of a dispute regarding an account that has been reported on my credit history. I have made attempts to settle this account and have received no response from the organization. I am now requesting that you update my credit history to reflect that the account is paid in full and that there were never any late payments or delinquencies associated with this account.

Enclosed are exhibits that provide evidence of my attempts to settle the account and the lack of response from the organization. I am requesting that you update my credit history accordingly and place me on the & quot; do not collect, do not call & quot; status.

Furthermore, I would like to inform the organization that if they cannot produce fiscal evidence of any debt or deficit, then none exists. I am requesting that they provide me with any affidavit for any fiscal year-end debt by day, week, month, or year notice of deficit, and if they cannot do so, then all my account information should be reported as never late, never delinquent.

Thank you for your attention to this matter.

Sincerely,

Kristine Love

Dear Navy Federal Credit Union

Account number(s) or case(s): 40UD 9501 8813 7535.

Account name: Kristine Love      Account holder: Kristine

Notice to all men, women, and artificial intelligence. "See" that I am writing to inform you of my intent to file a lawsuit for negligence, wrongdoing, and omissions. Despite my attempts to resolve these matters, you have failed to provide any reasonable claims supported by affidavits in response to my previous notices.

As it stands, it appears that you have been lacking in providing any bills of particulars involved, and this may show cause for being in concert with false claims. Such actions may be further involved in racketeering with others, causing me financial hardship.

This notice serves as a warning that all parties involved, including those affiliated with any organizations directed, administered, or orchestrated by you, must cease from action without claims supported by true deficits. Failure to do so may result in legal action being taken against you, including contempt of any court, if it is found that you have been reporting false information or claims.

Please note that all parties may be held accountable for any false information that may have caused me financial hardship. I urge you to update the real facts regarding my accounts, which are not delinquent, and to provide claims supported by affidavits for any events, actions, and conditions for deficit.

If you fail to do so within 10 days of receiving this notice, I will have no choice but to pursue legal action against you.

Sincerely, expressed date: 4/24/23

Legal name: Kristine Love

Account holder: Kristine.

By: accomodation      without recourse.

Mail all correspondence to the following:

Experian

Equifax

Transunion

Mailed by declaration of mailing verified by mail tracking number: 9589 0710 5270 0119 7056 19

Mailed to: John Collins      , Head of individual or entity.

Navy Federal Credit Union

Page 1 of 1
Notice to all parties in receipt of this notice to be respectful and do not restraint or prohibit my interest.

Dear Navy Federal Credit Union

This letter serves as my final notice for correspondence to settle all account matters with your organization. I have attempted to settle this account through various means of communication such as email, text message, phone message, and mail, but to no avail.

I want to reiterate that in any event, actions, or conditions where no fiscal year end debt exist caused by me, the client / consumer, all accounting must be zeroed out, and all extension of credit must be credited to my account. Additionally, I require that all estate, income, and other taxes be settled by fiduciary appointment.

I hereby appoint the chief administrator for your organization to take on fiduciary duty to settle all incongruent matters. Please respond within 10 days from the receipt of this notice to provide me with a detailed plan on how you will fulfill this duty.

Failure to respond or comply with this notice will result in dishonor to your organization and may cause negligence, wrongdoings, and omissions. Please respond in good faith.

Sincerely,

Kristine Lowe

Dear Navy Federal Credit Union.

I am writing in response to the recent notices I have received regarding late payments, delinquencies, overdrafts, or any other incongruences associated with my account. Upon further discovery, I am attempting to determine if this is an investment account or some pension or service account for performance.

Therefore, I am requesting that any late payments, delinquencies, overdrafts, or any other incongruences be deleted, quashed, and terminated. I am treating the account as a billing error until I receive first-hand knowledge of whether or not this is an investment account, pension or service account.

I would like to kindly request that you and your head of office, agents, directors, chiefs of staff, and all management not close my account and further investigate this request for full disclosure. I am requesting transparency and full disclosure so that we can address this matter with the appropriate information.

Please amend the account accordingly until further notice. I look forward to your response and appreciate your assistance in resolving this matter.

Sincerely,

Kristine Love

Notice and Acknowledge settlement offer.

Expressed date: 4|26|23

Legal person: Kristine Love

Title: beneficiary, sound mind, body, and spirit.

Mailing address: 2830 Southaven dr. Annapolis, MD 21901

My physical address is private non-residential and due process I am not occupied with civil service my home address is private.

Dear all parties involved with account: 4060 9561 8813 7535.

Dear all parties involved with account holder: Kristine Love without recourse.

**I.       Section one:**

Dear the following: I verify under penalty of perjury that all material factors I have written, typed, or by-word process have noticed all men, women, and artificial intelligence true and correct settlement criteria and that the failure to provide deficit by claims shall cease all further debt collection.

For: CEO: Mary McDuffie
Navy Federal Credit Union
820 Follin LN. SE
Vienna, VA 22180
Mail tracking: 9589 0710 5270 0119 7056 33

For: CEO: John Collins
Navy Federal Credit Union
820 Follin LN. SE.
Vienna, VA 22180
Mail tracking: 9589 0710 5270 0119 7056 19

**II.      Section Two:**

Notice that I write this letter noticing that without providing legal advice I'm order that parties that have been non-responsive now by noticing attenuative party Navy Federal Credit Union chief executive officer/director/manager/officer in charge that I have attempted to settle and without any reasonable response of deficit noticed in any red negative values.  Notice that lacking statements under penalty of perjury by any president, secretary, or treasury equivalent showing no fiscal loss shows cause for failure to state any claim for which relief shall be granted.

Notice that for your anyone or anybody as an individual or entity that principal party shall include notice for the actual instrument causing our agreements being in deficit and if no deficit exist then to place my current account on the do not bill, do not collect status, and due cause that no one has responded to my previous attempts to settle matters financially reasonably and with evidence for fiscal procured deficit.  Any notice lacking such evidence causes facts that no notice of deficit exists; and that I never knew that I may be involved with some form of investment account.

Notice all parties that if they wish to rebut any prior notice or this as my final notice to settle. All parties for themselves and their principal shall show cause by providing bills of particulars and do so within 10 days' or I may file suit for counter-claim in any of the following courts: small claims court, state court, appeals court later if needed; or any federal court; and not limited to these courts my intent is to not go to court; and to settle this matter including any complaints, information, or indictments, and that without affidavit in support of any claims against my person.  Claims: Additionally in good faith, I would like to be provided and I request that you provide me with the name and contact information of your agency head office, IRS EIN number, your agency director currently, and your head human factors

Notice and Acknowledge settlement offer.

client/customer service director. I would like to speak with someone who has knowledge of the human factors involved in these programs.  Notice that any unreasonable reactions meaning nonresponse to this notice or any yelling, ordering as if I were some slave or involuntary employee may result in me filing suit for damages caused under color of law as well.

**Notice that by order I am requesting in good faith information regarding the following as well here on:**

1.      The location address of the current holder in due course not subject to claims of real estate or real property interest; and the current holders in due course of the promissory note and any other instrument involved with me the consumer/client from initial offerings or dealings causing our relationship for financial interest or investment.


2.      Additionally, I am requesting information regarding whether I, the client, have caused any deficit signed under penalty of perjury during any fiscal day, week month, or year; and if anyone has any claims against me based on negligence, wrongful acts, or omissions. Please provide any claims based on the following definition: Claims against me or my family mean:

"A claim means any request, demand, or submission - (1) Made to LOVE, KRISTINE any derivative for property, services, or money (including money representing grants, loans, insurance, or benefits); (2) Made to a recipient of property, services, or money from LOVE, KRISTINE any derivative or to a party to a contract with LOVE, KRISTINE any derivative - (i) For property or services if the United States and LOVE, KRISTINE any derivative - (A) Provided such property or services; or (B) Provided any portion of the funds for the purchase of such property or services; or (C) Will reimburse such recipient or party for the purchase of such property or services; or (ii) For the payment of money (including money representing grants, loans, insurance, or benefits) if the United States and LOVE, KRISTINE any derivative - (A) Provided any portion of the money requested or demanded; or (B) Will reimburse such recipient or party for any portion of the money paid on such request or demand; or (3) Made to LOVE, KRISTINE any derivative which has the effect of decreasing an obligation to pay or account for property, services, or money."

### III.    Section Three

Dear [Attenuative Party], Navy Federal Credit Union chief executive, administrative, officer in charge and to include all successors and assigns notice the following:


I am writing to inform you that I have attempted to settle matters with your party regarding financial interests but have not received any reasonable response. As a result, I am placing my current account on the do not bill, do not collect status. I have not received any notice of deficit or knowledge of any investment account.  Notice I may report any prior federal reserve notes paid as billing errors.


If you wish to rebut any prior notice or this final notice, please do so within 10 days. Failure to respond may result in legal action, including filing a suit in small claims court, state court, appeals court, or any federal court.

Notice and Acknowledge settlement offer.

**Additionally, I would like to re-request the following information in good faith:**

1. The name and contact information of your agency head office, IRS EIN number, your agency director currently, and your head human factors client/customer service director.

2. The location address of the current holder in due course not subject to claims of real estate or real property interest; and the current holders in due course of the promissory note and any other instrument involved with me, the consumer/client from initial offerings or dealings causing our relationship for financial interest or investment.

3. Information regarding whether I, the client, have caused any deficit signed under penalty of perjury during any fiscal day, week, month, or year; and if anyone has any claims against me based on negligence, wrongful acts, or omissions.

4. Please remember as stated above so hereon provide any claims based on the following definition:

"A claim means any request, demand, or submission - (1) Made to LOVE, KRISTINE any derivative for property, services, or money (including money representing grants, loans, insurance, or benefits); (2) Made to a recipient of property, services, or money from LOVE, KRISTINE any derivative or to a party to a contract with LOVE, KRISTINE any derivative (i) For property or services if the United States and LOVE, KRISTINE any derivative (A) Provided such property; or (B) Provided any portion of the funds for the purchase of such property or services; or (C) Will reimburse such recipient or party for the purchase of such property or services; or (ii) For the payment of money (including money representing grants, loans, insurance, or benefits) if the United States and LOVE, KRISTINE any derivative (A) Provided any portion of the money requested or demanded; or (B) Will reimburse such recipient or party for any portion of the money paid on such request or demand; or (3) Made to LOVE, KRISTINE any derivative which has the effect of decreasing an obligation to pay or account for property, services, or money."

Please note that unreasonable reactions, such as nonresponse, any yelling, or any ordering me as if I were some slave or involuntary employee, may result in legal action for damages caused under color of law.  Notice I appoint the chief executive officer or any equivalent as public fiduciary duty to settle all estate, income, and all other taxes associated with this account keep account open and set amount in question off each month by using any excess credit from this investment account to settle matters.

**Thank you for your attention to this matter. "see" Annex A behind Annex A items shall be settled.**

Sincerely, without recourse:     Expressed date: 4/20/23

Legal person: Kristine Love

Title: beneficiary , sound mind, body, and spirit.

Mailing address: 2830 Southaven dr. Annapolis MD 21401

My physical address is private non-residential and due process I am not occupied with civil service my home address is private.

Dear all parties involved with account: 4060 9541 8013 7535 .

Dear all parties involved with account holder: Kristine Love , without recourse.

Notice and Acknowledge settlement offer.

# Annex A

Notice that in an attempt to settle I have enclosed as an annexure to this notice all copies of recent statements and any past evidence showing I have attempted to settle this account.

Notice do not close these accounts update the status to notice that I no longer waive security interest and I no longer waive any power of attorney or any rights implied or express and I have the right to rebut any claim, complaint, information, or indictment and cross examine the party accusing me of debt under penalty of perjury to show cause for their casualties, deficits, losses, or any other material factor where I created debt superseding any credit from that incident and without that evidence everything and every account associated with this matter shall be zeroed out and any excess credit exceeding $1 USD shall be mailed back to the consumer/client on file in good faith.

Notice of last mailing or last complaint, indictment, or billing statement received: 4|10|23

3|10|23   Notice of prior mailing date and certified tracking information:
7022 0410 0000 5495 4537

4|3|23   Notice of prior mailing date and certified tracking information:
7020 3100 0001 5461 3250

4|7|23   Notice of prior mailing date and certified tracking information:
7022 1070 0002 0744 4066

4|8|23   Notice of prior mailing date and certified tracking information:
7022 1070 0002 0744 4080

Notice void wherever prohibited by law and notice that I restrain and prohibit any third party interlopers and any third party debt collectors and any party without evidence of any fiscal procurements where I am responsible for any unwarranted debt not accompanied by affidavit or bills of particulars from the real party of interest injured in any way shall void all matters perpetually where I am obligated to debt.

(Confidential in care of CEO eyes only)

(kristine-michele; love)
(2830 Southaven Dr.)
(Annapolis,MD 21401)

Date: (February 28, 2023 )

Navy Federal Credit Union
In C/OMary McDuffie
Chief Executive Officer
Navy Federal Credit Union
820 Follin LN. SE
Vienna, VA 22180

i (kristine-michele; love) am sending the billing/coupon statement as the payment of what is owed. i have recently found out that these detachable coupons of this statement that you sent me as a bill, are a way of payment; i've noticed that you send me these statements with the coupons on them and I've been paying with notes, via web bank for various amounts with the minimal payment being $1,113.43, payment is accepted and then you're redeeming the coupon/bond; you all are double dipping and getting paid twice;

i've noticed you're doing this, but i am willing to overlook this crime; Enclosed you will find the coupon on the back, in which i've indorsed with the beneficiary signature in acceptance for payment; Below i have listed the definitions just in case a refresher is needed.

Words Defined Glossary of Terms
Billing Statement: "A written record prepared by a financial institution, usually once a month, listing all credit card transactions for an account, including purchases, payments, fees and finance charges. It may be mailed to consumers or provided electronically online. Also called a monthly statement or periodic statement.
Coupon: "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question).  A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."
Coupon Bonds: "bonds to which are attached coupons for the several successive installments of interest to maturity."
Bond, barear: "A negotiable instrument payable to its holder."
Instrument: "A written legal document such as a contract, lease, deed, will or bond."

Also, a coupon is worth whatever the face value it has printed on it; Moreover, i mentioned earlier and you may have noticed, i signed the back of the coupon as a beneficiary as an attempt to make a payment on this debt; Also, if my payment if refused then by this law the billing statement is void;

EXTINGUISHMENT OF OBLIGATION CHAPTER 4 Article 1256. "If the creditor to whom the lender of payment has been made refuses, the debtor shall be released from responsibility by the consignation of the thing or sum"
Sincerely and without ill will, vexation, or frivolity.

By: _____

(kristine)- (michele);(love)
ALL RIGHTS RESERVED WITHOUT PREJUDICE, WITHOUT RECOURSE i.e. all Natural
Inalienable Rights Reserved

Please address all future correspondence in the matter to a direct Human Self, namely (kristine:
of the (love) family, as commonly called.
Please Note: i wish to deal with this matter in writing and i do not give your organization
permission to contact me by telephone.

Dated: __1__ Day of __March__ _____ 20`23
Notary Public's Signature: _____
Notary Public's Seal:

**KATRINA JONES**
Notary Public
Baltimore County
Maryland
My Commission Expires May 27  2025

(Confidential in care of CEO eyes only)

(kristine-michele; love)
(2830 Southaven Dr.)
(Annapolis,MD 21401)

Date: (February 28, 2023 )

Navy Federal Credit Union
In C/OMary McDuffie
Chief Executive Officer
Navy Federal Credit Union
820 Follin LN. SE
Vienna, VA 22180

i (kristine-michele; love) am sending the billing/coupon statement as the payment of what is owed. i have recently found out that these detachable coupons of this statement that you sent me as a bill, are a way of payment; i've noticed that you send me these statements with the coupons on them and I've been paying with notes, via web bank for various amounts with the minimal payment being $620.00, payment is accepted and then you're redeeming the coupon/bond; you all are double dipping and getting paid twice;

i've noticed you're doing this, but i am willing to overlook this crime; Enclosed you will find the coupon on the back, in which i've indorsed with the beneficiary signature in acceptance for payment; Below i have listed the definitions just in case a refresher is needed.

Words Defined Glossary of Terms
Billing Statement: "A written record prepared by a financial institution, usually once a month, listing all credit card transactions for an account, including purchases, payments, fees and finance charges. It may be mailed to consumers or provided electronically online. Also called a monthly statement or periodic statement.
Coupon: "A coupon or coupon payment is the annual interest rate paid on a bond, expressed as a percentage of the face value and paid from the issue date until maturity. Coupons are usually referred to in terms of the coupon rate (the sum of coupons paid in a year divided by the face value of a bond in question).  A certificate attached to a loan instrument that can be separated from the instrument and presented after a specified time for the collection of interest."
Coupon Bonds: "bonds to which are attached coupons for the several successive installments of interest to maturity."
Bond, barear: "A negotiable instrument payable to its holder."
Instrument: "A written legal document such as a contract, lease, deed, will or bond."

Also, a coupon is worth whatever the face value it has printed on it; Moreover, i mentioned earlier and you may have noticed, i signed the back of the coupon as a beneficiary as an attempt to make a payment on this debt; Also, if my payment if refused then by this law the billing statement is void;

EXTINGUISHMENT OF OBLIGATION CHAPTER 4 Article 1256. "If the creditor to whom the lender of payment has been made refuses, the debtor shall be released from responsibility by the consignation of the thing or sum"
Sincerely and without ill will, vexation, or frivolity.

By: _____

(kristine)- (michele);(love)
ALL RIGHTS RESERVED WITHOUT PREJUDICE, WITHOUT RECOURSE i.e. all Natural
Inalienable Rights Reserved

Please address all future correspondence in the matter to a direct Human Self, namely (kristine:
of the (love) family, as commonly called.
Please Note: i wish to deal with this matter in writing and i do not give your organization
permission to contact me by telephone.

Dated: ___1___ Day of _Murch_____, 20_23_
Notary Public's Signature: _____Natrina Jones_____
Notary Public's Seal:

> **KATRINA JONES**
> Notary Public
> Baltimore County
> Maryland
> My Commission Expires May 27  2025

*by accord/production(1) with [illegible] Kristine-michele, love*

## View Payment History

Payments cannot be scheduled more than 30 days in advance. If a payment needs to be scheduled at a later date or if you have any questions, contact Navy Federal at 1-800-336-3767.

To make a payment by cash or credit card, click here for your payment options.

### Account Information

| | |
|---|---|
| **Account Number:** | 43001571281492 |
| **Account Type:** | Consumer Loan |
| **Account Balance:** | $50,199.82 |
| **Current Due Amount:** | $1,113.43 |

*UCC 3-603
UCC 1-308
UCC 3-311*

### Payment History

You do not have any payment history.



**NAVY FEDERAL**
Credit Union

About Us | Careers | Branches & ATMs | FAQs | Contact Us | **Routing Number:** 256074974
Federally Insured by NCUA | Web Policy | Privacy Policy | Browser Support

⌂ Equal Housing Lender

*Payable to bearer*

*one thousand one hundred thirteen 43/100*

ACCEPTED FOR VALUE
EXEMPT FROM LEVY
DEMAND FOR LAWFUL MONEY - 12 U.S.C 411
DEPOSIT TO: U.S. TREASURY
FOR CREDIT: NAVY FEDERAL CREDIT UNION
CHARGE THE SAME TO: KRISTINE MICHELE LOVE
EXEMPTION ID: 21443 4004
BY: Kristine Michele Love
    AUTHORIZED REPRESENTATIVE

*By accommodation, without remorse*

*Kristine-michele; love*

Navy Federal Credit Union

## View Payment History

Payments cannot be scheduled more than 30 days in advance. If a payment needs to be scheduled at a later date or if you have any questions, contact Navy Federal at 1-800-336-3767.

To make a payment by cash or credit card, click here for your payment options.

**Account Information**

UCC 3-603
UCC 1-308
UCC 3-311

| | |
|---|---|
| **Account Number:** | 4060956188137535 |
| **Account Type:** | Visa |
| **Account Balance:** | $30,955.28 |
| **Current Due Amount:** | $620.00 |

**Payment History**

You do not have any payment history.

**NAVY FEDERAL Credit Union**

About Us | Careers | Branches & ATMs | FAQs | Contact Us | Routing Number: 256074974
Federally Insured by NCUA | Web Policy | Privacy Policy | Browser Support

Equal Housing Lender

*Payable to bearer*

*Six hundred twenty 00/100*

ACCEPTED FOR VALUE
EXEMPT FROM LEVY
DEMAND FOR LAWFUL MONEY - 12 U.S.C. 411
DEPOSIT TO: U.S. TREASURY
FOR CREDIT: NAVY FEDERAL CREDIT UNION
CHARGE THE SAME: KRISTINE MICHELE LOVE
EXEMPTION ID: 214 43 4664

By: Kristine Michele Love
     AUTHORIZED REPRESENTATIVE